**THE HONORABLE BRIAN D. LYNCH**
**CHAPTER 13**
**HEARING DATE: June 4, 2019**
**HEARING TIME: 1:00 P.M.**
**LOCATION: Vancouver, Washington**
**RESPONSE DATE: May 28, 2019**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

CELENA ANN WILLIAMS,

                Debtor.

Case No. 19-40662-BDL

TRUSTEE'S OBJECTION TO EXEMPTIONS AND NOTICE OF HEARING

## **NOTICE**

**YOU ARE HEREBY NOTIFIED** that a hearing on Trustee's Objection to Exemptions will be heard before the Honorable Brian D. Lynch at **1:00 p.m. on June 4, 2019**, at the Federal Building, 500 West 12th Street, 2nd Floor, Vancouver, WA 98660.

**IF YOU OPPOSE** this motion, you must file your written response with the Court Clerk and deliver copies on the undersigned and all interested parties, NOT LATER THAN THE RESPONSE DATE, which is **May 28, 2019**. You should also appear at the time of hearing. If you fail to do so, the Court may enter an order granting the motion without any hearing and without further notice.

TRUSTEE'S OBJECTION TO EXEMPTIONS
AND NOTICE OF HEARING          - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

# OBJECTION

**COMES NOW**, Michael G. Malaier, the Chapter 13 Trustee, and hereby objects to Debtor's claimed exemptions as amended pursuant to 11 U.S.C. §522(l) and Fed. R. Bankr. P. 4003(b). The Trustee makes this objection without limitation to those exemptions set forth on Schedule C of the bankruptcy schedules filed in this case. Trustee objects to specific exemptions as follows:

| **Description of Property** | **Statute(s) Cited** | **Exemption Claimed** | **Petition Value** | **Trustee's Estimated Value** |
|---|---|---|---|---|
| Potential personal injury claim for motor vehicle accident on 5/11/18 | Wash. Rev. Code § 6.15.010(1)(d)(vi) | $20,000.00 | $5,000.00 | Unknown |

The applicability of Debtor's exemptions cannot be determined until the claim is liquidated. Trustee, therefore, objects to the exemptions claimed by Debtor to preserve any and all rights that Trustee may have to raise such objections on receipt of additional information regarding the nature of the assets and the basis for the claim of exemption. Trustee also reserves the right to assert any other basis for an objection regarding any exemption or to otherwise amend his objections to any exemption as may be appropriate at a the time the claim is liquidated. Therefore, the claimed exemption should be held in abeyance until such time as the claim is liquidated.

TRUSTEE'S OBJECTION TO EXEMPTIONS
AND NOTICE OF HEARING     - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

**WHEREFORE** the Trustee files this objection to preserve these issues, pending the Trustee's investigation and evaluation, and in the event the Debtor becomes entitled in the future to a settlement or other payment on the claim.

**DATED** this 3rd day of May, 2019.

/s/ Mathew S. LaCroix
Mathew S. LaCroix, WSBA #41847 for
Michael G. Malaier, Chapter 13 Trustee

**CERTIFICATE OF MAILING**

I certify under penalty of perjury under the laws of the United States that on May 3, 2019, I caused to be mailed via regular mail a true and correct copy of Trustee's Objection to Exemptions and proposed Order to the following:

Celena Ann Williams
7129 NE 28th Ave
Vancouver WA 98665

The following parties received Trustee's Objection to Exemptions and proposed Order via ECF:

Ellen Ann Brown
Lance E. Olsen
U.S. Trustee

Executed at Tacoma, Washington this 3rd day of May, 2019.

/s/ Ruth Wilson
Motion Coordinator for
Chapter 13 Trustee

TRUSTEE'S OBJECTION TO EXEMPTIONS
AND NOTICE OF HEARING      - 3

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600