**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| In Re: <br><br> CELENA ANN WILLIAMS, <br><br> Debtor | Case No.: 19-40662-BDL <br><br> *PROPOSED* ORDER ON TRUSTEE'S OBJECTION TO EXEMPTIONS |

**THIS MATTER** having come on before the above entitled Court pursuant to the Chapter 13 Trustee's Objection to Exemptions and the Court having reviewed the records and files herein and being fully advised, it is hereby

**ORDERED**, that Trustee's Objection to Debtor's exemptions under Wash. Rev. Code § 6.15.010(1)(d)(vi) is sustained and the debtor's exemptions claim for "potential personal injury claim for motor vehicle accident on 5/11/18" is hereby held in abeyance until such time as the debtor's claim is liquidated.

///End of Order///

Presented by:

_____
Mathew S. LaCroix, WSBA #41847 for
Michael G. Malaier, Chapter 13 Trustee

Order on Objection to Exemptions

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600