**THE HONORABLE BRIAN D. LYNCH**
**CHAPTER 13**
**HEARING DATE: August 6, 2019**
**HEARING TIME: 1:00 P.M.**
**LOCATION:  Vancouver, Washington**
**RESPONSE DATE: July 30, 2019**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re: | Case No.: 19-40662-BDL |
|---|---|
| CELENA ANN WILLIAMS, | TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO APPROVE SETTLEMENT & APPROVE DEBTOR(S) EXEMPTION |
| Debtor. | |

   **COMES NOW**, Michael G. Malaier, Chapter 13 Standing Trustee, and responds to Debtor's Motion to Approve Settlement & Approve Debtor(s) Exemption ("Motion")(ECF No. 30), as follows:

## BACKGROUND

   Debtor filed this Chapter 13 case on March 7, 2019.  The applicable commitment period is sixty months.  The case is currently in the fourth month.  The bar date for filing non-governmental claims was May 16, 2019.  Filed unsecured claims total $23,194.86.  Debtor proposes to pay at least $5,475.00 to allowed nonpriority unsecured claims.

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-6600

## RESPONSE

Trustee does not generally oppose approval of the proposed settlement; however, the Court previously entered an order holding Debtor's claimed exemption under Wash. Rev. Code § 6.15.010(1)(d)(vi) in abeyance until the personal injury claim was liquidated. ECF No. 28.

Based on the information provided in and with Debtor's Motion, Trustee has now filed a substantive objection to Debtor's claimed exemption. There is no evidence provided that any portion of the proposed settlement proceeds is attributable to actual bodily injury, much less, the entire amount. Based on the letter provided it would appear that the settlement represents pain and suffering and/or actual pecuniary losses, to which the exemption does not apply.

**WHEREFORE**, Trustee requests that the settlement be approved, but the funds be held by the Trustee pending resolution of Trustee's objection to exemptions.

**DATED** this 29th day of July, 2019.

/s/ Mathew S. LaCroix
Mathew S. LaCroix, WSBA# 41847 for
Michael G. Malaier, Chapter 13 Trustee

RESPONSE

- 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

# CERTIFICATE OF MAILING

I certify under penalty of perjury under the laws of the United States that on July 29, 2019, I caused to be mailed via regular mail a true and correct copy of the Trustee's Response to Motion to Approve Settlement and Approve Debtor(s) Exemption to the following:

Celena Ann Williams
7129 NE 28th Ave
Vancouver WA 98665

The following parties received Trustee's Response to Motion to Approve Settlement and Approve Debtor(s) Exemption via ECF:

Ellen Ann Brown
Lance E. Olsen
U.S. Trustee

Executed at Tacoma, Washington this 29th day of July, 2019.

/s/ Ruth Wilson

Motion Coordinator for
Michael G. Malaier, Chapter 13 Trustee

RESPONSE

- 3