Below is the Order of the Court.

_____
**Brian D. Lynch
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| Re<br><br>**CELENA ANN WILLIAMS**<br><br>Debtor. | **In Chapter 13 Proceeding**<br>**No19-40662-BDL**<br><br>**AGREED ORDER GRANTING MOTION TO APPROVE SETTLEMENT AND DENYING DEBTOR'S EXEMPTION** |

This matter having come before the above entitled court pursuant to Debtor's Motion to Approve Settlement and Approve Debtor(s) Exemption, the Trustee having responded, and the Court having reviewed the files and records herein, it is hereby

BROWN & SEELYE
744 S FAWCETT AVE
TACOMA, WA 98402
253-573-1958

ORDERED that the Debtor's Motion to Approve Settlement from Farmers Insurance in the personal injury case with a loss date of 5/11/18 against Leonard Wolfenstein for $4,500.00 is approved. It is further

ORDERED that the proposed personal injury exemption under Wash. Rev. Code Section 6.15.010(1)(d)(vi) is denied. It is further

ORDERED that the nonexempt proceeds (minus estimated Chapter 7 Administrative Expenses) from the settlement of the personal injury case shall be added to the Plan's liquidation value, currently at $4,117.20, for a total liquidation value of $7,492.20.

///END OF ORDER///

Presented by:                                              Approved by:


/s/ Ellen Ann Brown                                        _____
Ellen Ann Brown WSB 27992                                  Mathew S. LaCroix, WSBA #41847 for
Attorney for Debtor                                        Michael G. Malaier, Chapter 13 Trustee

BROWN & SEELYE
744 S FAWCETT AVE
TACOMA, WA 98402
253-573-1958