# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re: | Chapter 13 Bankruptcy |
|---|---|
| CELENA ANN WILLIAMS | No. 19-40662-BDL |
| Debtor(s) | ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR(S) |

**IT IS HEREBY ORDERED** that ELLEN ANN BROWN is allowed to withdraw as Debtor(s) counsel, effective immediately.

///end of order///

Presented By:

/s/ Ellen Ann Brown

_____
ELLEN ANN BROWN WSB27992
Attorney for Debtor(s)

**ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS**

BROWN and SEELYE
Attorneys at Law
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
253.573.1958
Fax 866-422-6196